DISMISS: Opinion issued December /O , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00216-CV

## MERITAGE HOMES OF TEXAS, LLC, Appellant

### V.

## THE STODDARD GROUP, LTD., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-08420**

# MEMORANDUM OPINION

Before Justices Richter, Lang-Miers, and Myers
Opinion By Justice Lang-Miers

Before the Court is the parties' joint motion to dismiss the appeal. The parties inform the Court that they have settled their differences. Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

ELIZABETH LANG-MIERS
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MERITAGE HOMES OF TEXAS, LLC, Appellant

No. 05-12-00216-CV      V.

THE STODDARD GROUP, LTD., Appellee

Appeal from the 101st Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DC-11-08420).

Opinion delivered by Justice Lang-Miers, Justices Richter and Myers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered _____December 10, 2012_____.

ELIZABETH LANG-MIERS
JUSTICE